UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
CHRISTOPHER CARSON EWINGS  CASE NO. 20-10721
1507 BRENTWOOD ST  JUDGE BENJAMIN A. KAHN
HIGH POINT, NC  27260

DEBTOR

SSN(1) XXX-XX-7135  DATE: 04/02/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DISCOVER BANK<br>P O BOX 3025<br>NEW ALBANY, OH  43054-3025 | $6,253.03<br>INT:  .00%<br>NAME ID: 119635<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 6148<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 119336<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 7135<br>COMMENT: |
| JIM ADLER & ASSOCIATES<br>3D/INTERNATIONAL TOWER<br>1900 W LOOP SOUTH 20TH FLOOR<br>HOUSTON, TX  77027 | $0.00<br>INT:  .00%<br>NAME ID: 183244<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $1,059.92<br>INT:  .00%<br>NAME ID: 177188<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 1527<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $374.42<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 5926<br>COMMENT:  CREDIT ONE BANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 7135<br>COMMENT: |
| PINNACLE BANK<br>P O BOX 292487<br>NASHVILLE, TN  37229 | $0.00<br>INT:  .00%<br>NAME ID: 183242<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4629<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,656.52<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT: 0861<br>COMMENT:  CAPITAL ONE |
| TRULIANT FEDERAL CREDIT UNION<br>ATTN BANKRUPCTY TEAM<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $14,220.00<br>INT: 5.25%<br>NAME ID: 183659<br>CLAIM #:  0004 | (V) VEHICLE-SECURED<br><br>ACCT: 7312<br>COMMENT: 16CHEV |
| TRULIANT FEDERAL CREDIT UNION<br>ATTN BANKRUPCTY TEAM<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $6,275.83<br>INT:  .00%<br>NAME ID: 183659<br>CLAIM #:  0005 | (U) UNSECURED<br><br>ACCT: 7312<br>COMMENT: SPLIT |
| WELLS FARGO BANK NA<br>% WELLS FARGO SERVICING CENTER<br>P O BOX 94423<br>ALBUQUERQUE, NM  87199 | $5,272.96<br>INT:  .00%<br>NAME ID: 183391<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 5775<br>COMMENT: |
| WELLS FARGO BANK NA<br>% WELLS FARGO CARD SERVICES<br>P O BOX 9210<br>DES MOINES, IA  50306 | $3,569.06<br>INT:  .00%<br>NAME ID: 43374<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 2708<br>COMMENT: |
| **TOTAL:** | **$39,681.74** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/02/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice